# IN THE SUPREME COURT OF THE STATE OF NEVADA

HERBERT BURKE,
                              Appellant,

vs.

DANIEL S. SIMPSON,
                              Respondent.

No. 73180

**FILED**

JUN 16 2017

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order dismissing an appeal from a justice court decision. First Judicial District Court, Carson City; James Todd Russell, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.           _____, J.
Parraguirre                                              Stiglich

cc:    Hon. James Todd Russell, District Judge
       Herbert Burke
       Daniel S. Simpson
       Carson City Clerk

17-20132